**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF TENNESSEE**

**IN RE:**

| | |
|---|---|
| **ROBERT WARREN BECKHAM,** | **CASE NO. 3:24-bk-04885** |
| | **CHAPTER 13** |
| **Debtor.** | **JUDGE NANCY B. KING** |

---

**DEBTOR'S OBJECTION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY FILED BY FIRST NATIONAL BANK OF MIDDLE TENNESSEE**

---

Comes now Robert Warren Beckham, by and through counsel, and objects to the *Motion for Relief from Automatic Stay filed by First National Bank of Middle Tennessee* [Court Docket No. 7]. In support of this objection, Debtor would state and represent the following:

1. Debtor filed a Chapter 13 Bankruptcy on December 19, 2024.

2. Debtor is working with counsel to convert his Chapter 13 case to a case under Chapter 11.

3. Pursuant to 11 U.S.C. § 362(d)(1), sufficient cause does not exist to grant relief from the automatic stay because the Debtor can provide adequate protection of the Movant's interest in the real property located at 295 Jones Parkway, Brentwood, Williamson County, Tennessee ("Property").

4. Under 11 U.S.C. § 362(d)(2), relief from the automatic stay should not be granted because Debtor has equity in the Property.

Wherefore, Debtor respectfully requests for the following relief:

a) An order denying the *Motion for Relief from Automatic Stay filed by First National Bank of Middle Tennessee* [Court Docket No. 7];

b) A hearing on this matter; and

c) Any further and just relief this Court deems necessary.

Dated January 7, 2025

Respectfully submitted,

*/s/ Jennifer L. Johnson*
Jennifer L. Johnson, TN Bar # 030779
Long, Burnett & Johnson, PLLC
302 42nd Avenue North
Nashville, TN 37209
T: 615-386-0075
F: 615-864-8419
jjohnson@tennessee-bankruptcy.com

*Attorney for Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been sent via United States Postal Service, postage prepaid (or, if stated below, via the U.S. Bankruptcy Court's Electronic Filing CM/ECF System), to the following:

Notice will be electronically mailed via CM/ECF to:

- Henry Edward Hildebrand, III, Chapter 13 Trustee: hhecf@ch13nsh.com
- US Trustee: ustpregion08.na.ecf@usdoj.gov
- Thomas W. Lawless on behalf of Creditor First National Bank of Middle Tennessee: tomlawless@comcast.net

*Via first class U.S. Mail*:

- Robert Warren Beckham
  295 Jones Parkway
  Brentwood, TN 37027

- Thomas W. Lawless
  Lawless & Associates, P.C.
  Suite 403, The Customs House
  701 Broadway
  Nashville, TN 37203

TOTAL MAILINGS 2

Enclosure:

1. Debtor's Objection to Motion for Relief from Automatic Stay filed by First National Bank of Middle Tennessee

Dated on January 7, 2025

*/s/Jennifer L. Johnson*
Jennifer L. Johnson