| THIS INSTRUMENT PREPARED BY:<br><br>Chapman & Rosenthal Title, Inc.<br>10 Burton Hills Blvd<br>Suite 130<br>Nashville, TN 37215<br><br>*No title search was performed in preparation of this Quitclaim Deed.*<br><br>Pick Up | STATE OF TENNESSEE )<br>COUNTY OF DAVIDSON )<br><br>The actual consideration for this transfer is: $0.00.<br><br>____________________<br>Affiant<br><br>Subscribed and sworn to before me, this 15th day of May, 2023.<br><br>____________________<br>Notary Public<br>My Commission Expires: |
|---|---|

WILLIAM T. CHAPMAN, IV
STATE OF TENNESSEE NOTARY PUBLIC
DAVIDSON COUNTY
My Commission Expires 05-09-2026

## QUITCLAIM DEED

| Address New Owner: | Send Tax Bills To: | Tax Information: |
|---|---|---|
| Beckham Enterprises, LLC<br>295 Jones Parkway<br>Brentwood, TN 37027 | New Owner | Map/Parcel:<br>11-64.01 |

FOR AND IN CONSIDERATION of Ten and 00/100 Dollars ($10.00) and other good and valuable consideration, the receipt of all of which is hereby acknowledged, **ROBERT WARREN BECKHAM, unmarried** (hereinafter referred to as the "Grantor") does hereby quitclaim, transfer and convey to **BECKHAM ENTERPRISES, LLC, a Tennessee limited liability company**, its members, successors and assigns, all of his rights, title and interest in the real property in the County of Williamson, State of Tennessee, and more particularly described as follows:

Land in Williamson County, Tennessee, being Lot No. 4 on the Final Plat of Annandale, Section 2, as shown by plat appearing of record in Plat Book 43, Page 91, in the Register's Office for Williamson County, Tennessee, to which plat reference is hereby made for a more particular description.

Being the same property conveyed to Robert Warren Beckham by Quitclaim Deed from Melissa Dale Beckham of record in Book 9036, Page 50, Register's Office for Williamson County, Tennessee.

Being the same property conveyed to Robert Beckham and Melissa Beckham by Special Warranty Deed from Wolf Chase Development, LLC, of record in Book 4094, Page 753, Register's Office for Williamson County, Tennessee. Robert Warren Beckham and Robert Beckham referenced herein are one and the same person, and Melissa Dale Beckham and Melissa Beckham referenced herein are one and the same person.

This is improved property known as: 295 Jones Parkway, Brentwood, TN 37027.

Grantor covenants that he is lawfully seized and possesses said real property in fee simple, has a good right to convey it, and that the same is conveyed with any liens, restrictions, conditions and easements currently of record. However, this instrument was prepared without the benefit of a title search. Whenever used, the singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

IN WITNESS WHEREOF, Grantor has executed this instrument on this 15th day of May, 2023.

______________________________
**ROBERT WARREN BECKHAM**

STATE OF TENNESSEE )
COUNTY OF DAVIDSON )

Personally appeared before me, the undersigned, a Notary Public in and for said County and State, Robert Warren Beckham, with whom I am personally acquainted, and who acknowledged that he executed the within instrument for the purposes therein contained.

Witness my hand, at Office, this 15th day of May, 2023.

______________________________
Notary Public

My Commission Expires:

WILLIAM T. CHAPMAN, IV
STATE OF TENNESSEE NOTARY PUBLIC
DAVIDSON COUNTY
My Commission Expires 05-09-2026

BK: 9252 PG: 587-588
**23013525**

| | |
|---|---|
| 2 PGS:AL-QUITCLAIM DEED | |
| 933384 | |
| 05/16/2023 - 11:45 AM | |
| BATCH | 933384 |
| MORTGAGE TAX | 0.00 |
| TRANSFER TAX | 0.00 |
| RECORDING FEE | 10.00 |
| DP FEE | 2.00 |
| REGISTER'S FEE | 0.00 |
| TOTAL AMOUNT | 12.00 |

STATE OF TENNESSEE, WILLIAMSON COUNTY
**SHERRY ANDERSON**
REGISTER OF DEEDS