# Uniform Residential Appraisal Report

[redacted] File # S220613B

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

## SUBJECT

Property Address: 295 Jones Pkwy | City: Brentwood | State: TN | Zip Code: 37027
Borrower: BECKHAM, Robert | Owner of Public Record: BECKHAM, Robert and Melissa | County: Williamson
Legal Description: Lot 4 Annandale Sec 2, DB 4094, Page 753, ROWC
Assessor's Parcel #: 11F B 4.00 | Tax Year: 2021 | R.E. Taxes $: 13,047
Neighborhood Name: Annandale | Map Reference: 11F B 4.00 | Census Tract: 0502.10
Occupant: [X] Owner [ ] Tenant [ ] Vacant | Special Assessments $: 0 | [X] PUD | HOA $: 224 | [ ] per year [X] per month
Property Rights Appraised: [X] Fee Simple [ ] Leasehold [ ] Other (describe)
Assignment Type: [ ] Purchase Transaction [ ] Refinance Transaction [X] Other (describe) Estimate market value for marital dissolution
Lender/Client: First National Bank of Middle Tennessee | Address: 3427 Memorial Boulevard, Murfreesboro, TN 37129
Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? [ ] Yes [X] No
Report data source(s) used, offering price(s), and date(s). N/A

## CONTRACT

I [ ] did [ ] did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $ | Date of Contract | Is the property seller the owner of public record? [ ] Yes [ ] No | Data Source(s)
Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? [ ] Yes [ ] No
If Yes, report the total dollar amount and describe the items to be paid.

## NEIGHBORHOOD

**Note: Race and the racial composition of the neighborhood are not appraisal factors.**

| Neighborhood Characteristics | One-Unit Housing Trends | One-Unit Housing | | | Present Land Use % | |
|---|---|---|---|---|---|---|
| | | PRICE $ (000) | | AGE (yrs) | | |
| Location: [ ] Urban [X] Suburban [ ] Rural | Property Values: [X] Increasing [ ] Stable [ ] Declining | 569 | Low | 0 | One-Unit | 70 % |
| Built-Up: [X] Over 75% [ ] 25-75% [ ] Under 25% | Demand/Supply: [X] Shortage [ ] In Balance [ ] Over Supply | 4,900 | High | 65 | 2-4 Unit | 2 % |
| Growth: [ ] Rapid [X] Stable [ ] Slow | Marketing Time: [X] Under 3 mths [ ] 3-6 mths [ ] Over 6 mths | 1,382 | Pred. | 31 | Multi-Family | 0 % |
| | | | | | Commercial | 8 % |
| | | | | | Other | 20 % |

Neighborhood Boundaries: South of the Williamson (Davidson) County, east of Interstate 65, north of Concord Road (Hwy 253) and west of Edmonson Pike.
Neighborhood Description: See attached addenda.
Market Conditions (including support for the above conclusions): See attached addenda.

## SITE

Dimensions: 160 x 298 | Area: 1.09 ac | Shape: Appx rectangular | View: N;Res;traffic
Specific Zoning Classification: OSRD | Zoning Description: Open Space Residential Development
Zoning Compliance: [X] Legal [ ] Legal Nonconforming (Grandfathered Use) [ ] No Zoning [ ] Illegal (describe)
Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? [X] Yes [ ] No If No, describe N/A

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | | Public | Private |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | [ ] MTE | Water | [X] | [ ] Brentwood | Street | Brentwood | [X] | [ ] |
| Gas | [X] | [ ] ATMOS | Sanitary Sewer | [X] | [ ] Brentwood | Alley | None | [ ] | [ ] |

FEMA Special Flood Hazard Area [ ] Yes [X] No | FEMA Flood Zone X | FEMA Map # 47187C0094G | FEMA Map Date 12/22/2016
Are the utilities and off-site improvements typical for the market area? [X] Yes [ ] No If No, describe
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? [ ] Yes [X] No If Yes, describe
No known or observed adverse easements or environmental conditions were noted which would negatively affect appraised value/marketability. No survey provided but needed for accuracy. Site is positioned on the main, heavily traveled, local entry street, slopes up to residence and is very well landscaped.

## IMPROVEMENTS

| General Description | Foundation | Exterior Description materials/condition | Interior materials/condition |
|---|---|---|---|
| Units [X] One [ ] One with Accessory Unit | [ ] Concrete Slab [X] Crawl Space | Foundation Walls: Concrete/VGood | Floors: Wood/Car/VGd |
| # of Stories: 2 | [ ] Full Basement [X] Partial Basement | Exterior Walls: Brick/VGood | Walls: SR/Wd/VGd |
| Type [X] Det. [ ] Att. [ ] S-Det./End Unit | Basement Area: 2,510 sq.ft. | Roof Surface: Comp/VGood | Trim/Finish: Wood/VGd |
| [X] Existing [ ] Proposed [ ] Under Const. | Basement Finish: 100 % | Gutters & Downspouts: Alum/VGood | Bath Floor: Tile/VGd |
| Design (Style): Trad/Bv/G | [X] Outside Entry/Exit [ ] Sump Pump | Window Type: Clad TP/VGood | Bath Wainscot: Tile/VGd |
| Year Built: 2008 | Evidence of [ ] Infestation | Storm Sash/Insulated: No/Yes/V.Good | Car Storage [ ] None |
| Effective Age (Yrs): 3 | [ ] Dampness [ ] Settlement | Screens: Yes/VGood | [X] Driveway # of Cars 4 |
| Attic [ ] None | Heating [X] FWA [ ] HWBB [ ] Radiant | Amenities: [ ] Woodstove(s) # 0 | Driveway Surface: Paver |
| [ ] Drop Stair [ ] Stairs | [ ] Other Fuel: Gas | [X] Fireplace(s) # 3 [X] Fence Alum | [X] Garage # of Cars 4 |
| [X] Floor [X] Scuttle | Cooling [X] Central Air Conditioning | [X] Patio/Deck Open [X] Porch Open | [ ] Carport # of Cars 0 |
| [ ] Finished [ ] Heated | [ ] Individual [ ] Other | [X] Pool Inground [X] Other Pavillion | [X] Att. [ ] Det. [ ] Built-in |

Appliances [X] Refrigerator [X] Range/Oven [X] Dishwasher [X] Disposal [X] Microwave [ ] Washer/Dryer [X] Other (describe) C.Hood
Finished area **above** grade contains: 15 Rooms 5 Bedrooms 5.1 Bath(s) 7,191 Square Feet of Gross Living Area Above Grade
Additional features (special energy efficient items, etc.). See attached addenda.
Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.). C2;Kitchen-updated-one to five years ago;Bathrooms-updated-one to five years ago;Overall condition rated very good with no unusual deferred maintenance noted. No functional inadequacies were noted. No external obsolescence was noted/observed (despite position on high local traffic street).
Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? [ ] Yes [X] No If Yes, describe
The appraiser is not qualified to assess a structural, mechanical, electrical or plumbing systems' adequacy. No professional reports have been provided. Neither a home inspection nor an owner's disclosure were provided. Crawl and attic spaces were inspected.
Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? [X] Yes [ ] No If No, describe
Subject does conform to the overall neighborhood with a majority of single family homes.

# Uniform Residential Appraisal Report

File # [redacted] S220613B

There are 1 comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 4,300,000 to $ 4,300,000 .

There are 6 comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 2,649,000 to $ 4,900,000 .

SALES COMPARISON APPROACH

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 295 Jones Pkwy Brentwood, TN 37027 | 291 Jones Pkwy Brentwood, TN 37027 | | 488 Jones Pkwy Brentwood, TN 37027 | | 298 Jones Pkwy Brentwood, TN 37027 | |
| Proximity to Subject | | 0.03 miles N | | 0.48 miles S | | 0.07 miles SE | |
| Sale Price | $ | | $ 3,250,000 | | $ 3,350,000 | | $ 2,900,000 |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 411.13 sq.ft. | | $ 443.18 sq.ft. | | $ 495.98 sq.ft. | |
| Data Source(s) | | MLS#2231881;DOM 40 | | MTRMLS#2284814;DOM 0 | | MTRMLS#2243352;DOM 6 | |
| Verification Source(s) | | Ext view/MLS & P.Records | | Ext view/MLS & P.Records | | Ext view/MLS & P.Records | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing Concessions | | ArmLth Conv;0 | | ArmLth Conv;0 | | ArmLth Conv;0 | |
| Date of Sale/Time | | s07/21;c04/21 | +455,000 | s09/21;c08/21 | +335,000 | s06/21;c04/21 | +406,000 |
| Location | B;Res; | B;Res; | | B;Res; | | B;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 1.09 ac | 1.10 ac | 0 | 1.00 ac | 0 | 41818 sf | 0 |
| View | N;Res;traffic | N;Res;traffic | | N;Res;traffic | | N;Res;traffic | |
| Design (Style) | DT2;Trad/Bv/G | DT2;Col/Bv/G | 0 | DT2;Trad/B/G | 0 | DT2;Trad/B/G | 0 |
| Quality of Construction | Q2 | Q2 | | Q2 | | Q3 | 0 |
| Actual Age | 14 | 14 | | 10 | 0 | 15 | 0 |
| Condition | C2 | C2 | | C2 | | C2 | |
| Above Grade Room Count (Total / Bdrms. / Baths) | 15 / 5 / 5.1 | 17 / 5 / 5.2 | -6,000 | 12 / 5 / 4.1 | +11,500 | 14 / 4 / 4.2 | +5,500 |
| Gross Living Area | 7,191 sq.ft. | 7,905 sq.ft. | -180,642 | 7,559 sq.ft. | -93,104 | 5,847 sq.ft. | +340,032 |
| Basement & Finished | 2510sf2510sfwo | 2772sf2595sfwo | -4,192 | 3835sf2230sfwo | -21,200 | 982sf982sfwo | +24,448 |
| Rooms Below Grade | 1rr0br1.0ba3o | 1rr1br1.1ba3o | -6,035 | 1rr1br1.0ba3o | +19,880 | 1rr0br1.0ba2o | +108,488 |
| Functional Utility | Good | Similar | 0 | Similar | 0 | Similar | 0 |
| Heating/Cooling | 5FWAG/CA | Similar | 0 | Similar | 0 | Similar | 0 |
| Energy Efficient Items | Standard | Standard | | Standard | | Standard | |
| Garage/Carport | 4ga4dw | 4ga4dw | | 4ga4dw | | 2ga2gd1cp4dw | 0 |
| Porch/Patio/Deck | LOPor.,LOPa | Similar | 0 | Similar | 0 | Similar | 0 |
| cont'd. | 3FP,WB,Elev., | Similar | 0 | Similar | 0 | Similar | 0 |
| cont'd. | IGP,Pav,Fen, | Similar | 0 | Inferior | +150,000 | Inferior | +150,000 |
| Appliaces | V.Good | V.Good | | V.Good | | V.Good | |
| Net Adjustment (Total) | | ☒ + ☐ - | $ 258,131 | ☒ + ☐ - | $ 402,076 | ☒ + ☐ - | $ 1,034,468 |
| Adjusted Sale Price of Comparables | | Net Adj. 7.9 % Gross Adj. 20.1 % | $ 3,508,131 | Net Adj. 12.0 % Gross Adj. 18.8 % | $ 3,752,076 | Net Adj. 35.7 % Gross Adj. 35.7 % | $ 3,934,468 |

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data Source(s) Public Records/MLS

My research ☒ did ☐ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.

Data Source(s) MLS/Public Records

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 11/01/2006 | | 08/13/2019 | 10/20/2020 |
| Price of Prior Sale/Transfer | $329,900 | | $2,150,000 | $2,200,000 |
| Data Source(s) | Public Records | Public Records | Public Records | Public Records |
| Effective Date of Data Source(s) | 05/19/2022 | 05/19/2022 | 05/19/2022 | 05/19/2022 |

Analysis of prior sale or transfer history of the subject property and comparable sales SPECIAL DISCLOSURE: Appraiser has performed an appraisal of the subject property within the past three (3) years and client is hereby advised of such. Prior appraisal was made 4/26/2022. Sale 3 sold within a year of its above transaction.

Summary of Sales Comparison Approach See attached addenda. Client and the readers of this report are made aware that previous work was completed on this home including an interior/exterior inspection to estimate market value as of April 26, 2022, for marital disolution and an exterior only inspection was completed for this report on June 9, 2022.

Indicated Value by Sales Comparison Approach $ 3,800,000

RECONCILIATION

**Indicated Value by: Sales Comparison Approach $** 3,800,000 **Cost Approach (if developed) $** 900,000 **Income Approach (if developed) $**

The three customary approaches to value - the Cost Approach, the Income Approach, and the Sales Comparison Approach were explored. Income Approach is not applicable due to lack of sufficient rental and rental sales data. The Cost approach has been attempted. The most reliable approach to value for the subject is the Sales Comparison Approach which has been utilized in the appraisal of the subject property.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair: Appraisal made as is.

**Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $** 3,800,000 **, as of** 06/09/2022 **, which is the date of inspection and the effective date of this appraisal.**





Form 1004UAD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# Uniform Residential Appraisal Report

File # [redacted] S220613B

**ADDITIONAL COMMENTS**

A complete visual inspection of the subject site was made. The definition of a "complete visual inspection" is a clarification of the "Scope of Work." The observations were only for readily observable items of the property and no attempt is made to remove furniture or any other obstructions. The subject's inspection means an inventory of the subject property's components as opposed to a home inspection, which investigates in-depth, the adequacy and soundness of various components of the home. This report is not to be construed as a home inspection. The client and/or buyer should not rely on the appraiser's inspection as a warranty or guarantee, implied or otherwise, regarding any system or component of the real property.

Certification #23 on page six (6) of this report, refers to other parties who may rely on this appraisal. "Intended User" is defined in this report as the "lender/client" and Certification #23 should be construed as an expansion of this definition. This report has been prepared SOLELY for the use of the client as herein stated. Any other party who relies on this appraisal should clearly understand that the Scope of Work may not be appropriate for other users and/or uses.

The Sales Comparison Approach was performed by a quantitative analysis by comparing the subject property to similar properties that have recently sold. The market data was gathered using local multiple listing services, tax records and/or appraiser's files.

The Cost Approach and Income Approach are developed only when they can lend credibility to the report. The omission of these approaches does not result in a departure from USPAP because they are not necessarily deemed crucial to the credibility of the report.

When possible, all comparables have been viewed at a minimum from their respective streets, however FNMA and USPAP guidelines do allow for the use of clear MLS photos and when we invoke the use of MLS photos, same has been clearly noted in this report. Given the appraiser's familiarity with the subject market, it is noted that this appraiser or another on this appraisal staff, has viewed the comparable from the exterior at some point in the recent past and a clear MLS photo has been utilized within this report for various reasons.

I have given a minimal "head and shoulders" inspection of the attic space. The appraiser is not trained in the assessment of damages to or the integrity of either of these spaces, and all concerned parties should hire a professional for more adequate and thorough inspections of same.

**Client and the readers of this report are made aware that previous work was completed on this home to estimate market value as of April 26, 2022, for marital disolution and an exterior only inspection was completed for this report on June 9, 2022.**

**COST APPROACH**

**COST APPROACH TO VALUE (not required by Fannie Mae)**

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value) This appraisal was performed to estimate market value for purposes. The cost approach has limited reliability given the relevant custom cost data and lack of more proximate, comparable land sales; However, a depreciated replacement cost was completed and included in the addenda of this report. A CMA of land sales has been provided and a site value assigned 'as though' vacant is provided below.

| | |
|---|---|
| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE =$ 900,000 |
| Source of cost data Solomon, Appraiser files & regional builders | DWELLING 7,191 Sq.Ft. @ $ =$ |
| Quality rating from cost service Q2 Effective date of cost data Current | 2,510 Sq.Ft. @ $ =$ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | =$ |
| SEE ADDENDA. | Garage/Carport 1,127 Sq.Ft. @ $ =$ |
| | Total Estimate of Cost-New =$ |
| | Less Physical / Functional / External |
| | Depreciation =$( ) |
| | Depreciated Cost of Improvements =$ |
| | "As-is" Value of Site Improvements =$ |
| Estimated Remaining Economic Life (HUD and VA only) 65 Years | INDICATED VALUE BY COST APPROACH =$ 900,000 |

**INCOME**

**INCOME APPROACH TO VALUE (not required by Fannie Mae)**

Estimated Monthly Market Rent $ X Gross Rent Multiplier = $ Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM) There were no known MLS rentals and no known rental/sales to estimate GRM, thus, this approach has very limited reliability and is not provided herein.

**PUD INFORMATION**

**PROJECT INFORMATION FOR PUDs (if applicable)**

Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☒ No Unit type(s) ☒ Detached ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

Total number of phases Total number of units Total number of units sold

Total number of units rented Total number of units for sale Data source(s)

Was the project created by the conversion of existing building(s) into a PUD? ☐ Yes ☐ No If Yes, date of conversion.

Does the project contain any multi-dwelling units? ☐ Yes ☐ No Data Source

Are the units, common elements, and recreation facilities complete? ☐ Yes ☐ No If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association? ☐ Yes ☐ No If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

# Uniform Residential Appraisal Report

[redacted]
File # S220613B

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

SCOPE OF WORK: The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

INTENDED USE: The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

INTENDED USER: The intended user of this appraisal report is the lender/client.

DEFINITION OF MARKET VALUE: The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS: The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

# Uniform Residential Appraisal Report

File # [redacted] S220613B

APPRAISER'S CERTIFICATION: The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

# Uniform Residential Appraisal Report

File # [redacted] S220613B

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

SUPERVISORY APPRAISER'S CERTIFICATION: The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

APPRAISER

Signature
Name Victor P. Andrews, CR-21
Company Name Andrews Appraisal Service, Inc.
Company Address PO Box 326
Franklin, TN 37065
Telephone Number (615) 794-0099
Email Address tonim@realtracs.com
Date of Signature and Report 06/13/2022
Effective Date of Appraisal 06/09/2022
State Certification # CR21
or State License #
or Other (describe) State #
State TN
Expiration Date of Certification or License 09/18/2023

ADDRESS OF PROPERTY APPRAISED
295 Jones Pkwy
Brentwood, TN 37027

APPRAISED VALUE OF SUBJECT PROPERTY $ 3,800,000

LENDER/CLIENT
Name Integration 4.0
Company Name First National Bank of Middle Tennessee
Company Address 3427 Memorial Boulevard, Murfreesboro, TN 37129
Email Address

SUPERVISORY APPRAISER (ONLY IF REQUIRED)

Signature
Name
Company Name
Company Address
Telephone Number
Email Address
Date of Signature
State Certification #
or State License #
State
Expiration Date of Certification or License

SUBJECT PROPERTY

☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
Date of Inspection
☐ Did inspect interior and exterior of subject property
Date of Inspection

COMPARABLE SALES

☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
Date of Inspection



Case 3:24-bk-04885 Doc 20-5 Filed 01/09/25 Entered 01/09/25 22:00:35 Desc
Exhibit Appraisal Page 6 of 6

Form 1004UAD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE