**Owner Name** Beckham Robert Warren
**Property Address** Jones Pkwy 295
**Property ID** 011 F B 004 00 000

| Tax Year | Receipt | Tax Amount | Amount Paid | Paid Date |
|---|---|---|---|---|
| 2024 | 0008068 | $13,047.00 | $0.00 | |
| 2023 | 0007987 | $13,047.00 | $0.00 | |
| 2022 | 0007606 | $13,047.00 | $13,047.00 | 02/02/2023 |
| 2021 | 0007346 | $13,047.00 | $13,047.00 | 02/22/2022 |
| 2020 | 0007125 | $13,500.00 | $13,500.00 | 02/25/2021 |
| 2019 | 0007024 | $13,500.00 | $13,500.00 | 02/24/2020 |
| 2018 | 0006763 | $13,134.00 | $13,134.00 | 02/19/2019 |
| 2017 | 0006518 | $13,029.00 | $13,029.00 | 12/19/2017 |
| 2016 | 0006456 | $12,872.00 | $12,872.00 | 01/12/2017 |
| 2015 | 0006203 | $11,928.00 | $11,928.00 | 02/18/2016 |
| 2014 | 0006027 | $11,928.00 | $11,928.00 | 02/25/2015 |
| 2013 | 0005922 | $11,928.00 | $11,928.00 | 12/31/2013 |
| 2012 | 0005710 | $9,984.00 | $9,984.00 | 12/17/2012 |
| 2011 | 0005747 | $9,984.00 | $9,984.00 | 12/13/2011 |
| 2010 | 0005699 | $10,370.00 | $10,370.00 | 12/10/2010 |