**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **Robert Warren Beckham** | ) | **Case No: 24-04885** |
| | ) | **Chapter 13** |
| | ) | **Judge Nancy B. King** |
| **Debtor.** | ) | |
| | ) | |

## VERIFICATION OF DEBT

Comes Brian Wilcox, being sworn in accordance with, deposes and says as follows:

I am the Chief Lending Officer of First National Bank of Middle Tennessee ("First National"). As such Chief Credit Officer, I am the officer charged with the responsibility of the account of Robert Warren Beckham and the balances past-due and owing. Further, I am the regularly designated custodian of the books and records of First National for the Robert Warren Beckham mortgage loan accounts.

According to the books and records of First National, there are payoff balances in default, past due and owing to First National on the two (2) mortgage loans as of December 23, 2024 in the amount of (as to the first mortgage) $2,835,138.81 and (as to the second mortgage) $1,298,868.33 for an aggregate balance past due, delinquent and in default in the amount of $4,134,007.14 by Robert Warren Beckham. The stated balances take into account all payments or credits to the accounts which are the underlying basis of the First National mortgage claims.

In accordance with the Note and the Credit Agreement, the loans continue to accrue interest at the present time at the rate of 4.95% as to the first mortgage and 18.0% as to the second mortgage. Additionally, because of the defaults by Robert Warren Beckham, First National was required to engage the services of an attorney to represent First National's interest.

I swear under penalty of perjury that the statements contained herein are true, accurate and in accord with the records of account of First National as of the 23rd of December, 2024.

Brian Wilcox, Chief Lending Officer