**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

**IN RE:**

| | |
|---|---|
| **ROBERT WARREN BECKHAM,** | **CASE NO. 3:24-bk-04885** |
| | **CHAPTER 13** |
| **Debtor.** | **JUDGE NANCY B. KING** |

---

**DEBTOR'S PREHEARING STATEMENT**

---

Pursuant to the *Preliminary Hearing Order and Prehearing Order* [Court Docket No. 10] entered by this Court on December 23, 2024, the Debtor, Robert Warren Beckham, through undersigned counsel, respectfully submit the following Prehearing Statement:

## I. RESPONDENT'S STATEMENT OF DEFENSE

1. Movant's *Motion for Relief from Stay* [Court Docket No. 7] should be denied because cause does not exist pursuant to 11 U.S.C. § 362(d)(1). Debtor has provided adequate protection of the real property located at 295 Jones Parkway, Brentwood, Williamson County, Tennessee ("Property") outlined by § 361. Additionally, the Motion should be denied pursuant to 11 U.S.C. § 362 (d)(2)(A) and (B) because the Debtor has equity in the Property and the Property is necessary for reorganization.

## II. CONTENTIONS SUPPORTING THE RESPONDENT'S POSITION

2. Debtor filed a Chapter 13 Bankruptcy on December 19, 2024.

3. Debtor is working with counsel to convert his Chapter 13 case to a case under Chapter 11.

4. Pursuant to 11 U.S.C. § 362(d)(2)(B), relief from the automatic stay should not be granted to the Movant because the property is necessary for reorganization.

5. Therefore, *Motion for Relief from Stay* [Court Docket No. 7] filed by First National Bank of Middle Tennessee should be denied because cause does not exist to grant said motion. Additionally,

Debtor has provided adequate protection of the Property, equity exists in the Property, and the Property is necessary for reorganization.

## III. CONTESTED AND UNCONTESTED FACTS AND ISSUES

6. Debtor has no present position regarding contested and uncontested facts or issues. Debtor prays for an order denying the *Motion for Relief from Stay* [Court Docket No. 7] filed by First National Bank of Middle Tennessee.

Dated on January 10, 2025.

Respectfully submitted,

*/s/Jennifer L. Johnson*
Jennifer L. Johnson (TN BPR #030779)
Long, Burnett & Johnson, PLLC
302 42nd Avenue North
Nashville, TN 37209
T: 615-386-0075
F: 615-864-8419
jjohnson@tennessee-bankruptcy.com

*Attorney for Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been sent via United States Postal Service, postage prepaid (or, if stated below, via the U.S. Bankruptcy Court's Electronic Filing CM/ECF System), to the following:

Notice will be electronically mailed via CM/ECF to:

- Henry Edward Hildebrand, III, Chapter 13 Trustee: hhecf@ch13nsh.com
- US Trustee: ustpregion08.na.ecf@usdoj.gov
- Thomas W. Lawless on behalf of Creditor First National Bank of Middle Tennessee: tomlawless@comcast.net

*Via USPS First Class Mail:*

- Robert Warren Beckham
  295 Jones Parkway
  Brentwood, TN 37027

- Thomas W. Lawless
  Lawless & Associates, P.C.
  Suite 403, The Customs House
  701 Broadway
  Nashville, TN 37203

TOTAL MAILINGS __2__________
(2 mailing @ $3.00 per each mailing = $2.00)

ENCLOSURES:

1. Debtor's Prehearing Statement

Dated on January 10, 2025

*/s/Jennifer L Johnson*__________
Jennifer L Johnson TN Bar# 030779
*Attorney for Debtor*