**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 3:24-BK-04885 |
| ROBERT WARREN BECKHAM, | ) | CHAPTER 13 |
| | ) | JUDGE KING |
| DEBTOR. | ) | |

---

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS: FEBRUARY 4, 2025**
**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE: FEBRUARY 11, 2025**
**9:00 A.M., COURTROOM 3, 701 BROADWAY, NASHVILLE, TENNESSEE 37203**

---

## NOTICE OF DEBTOR'S MOTION TO CONVERT TO CHAPTER 11

Debtor Robert Warren Beckham has asked the Court to enter an Order converting this case from Chapter 13 to Chapter 11.

**YOUR RIGHTS MAY BE AFFECTED.** If you do not want the court to grant the attached motion by entering the attached order, or if you want the court to consider your views on the motion, then on or before the response date stated above, you or your attorney must:

1. File with the court your response or objection explaining your position. Please note: the Bankruptcy Court for the Middle District of Tennessee requires electronic filing. Any response or objection you wish to file must be submitted electronically. To file electronically, you or your attorney must go to the court website and follow the instructions at: <https://ecf.tnmb.uscourts.gov>.

   If you need assistance with Electronic Filing you may call the Bankruptcy Court at (615) 736-5584. You may also visit the Bankruptcy Court in person at: 701 Broadway, 1st Floor, Nashville, TN (Monday - Friday, 8:00 A.M. - 4:00 P.M.).

2. Your response must state the deadline for filing responses, the date of the scheduled hearing and the motion to which you are responding.

If a response is filed before the deadline stated above, the hearing will be held at the time and place indicated above. **THERE WILL BE NO FURTHER NOTICE OF THE**

**HEARING DATE.** You may check whether a timely response has been filed by viewing the case on the court's website at <https://ecf.tnmb.uscourts.gov>.

If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter the attached order granting that relief.

Respectfully submitted:


*/s/ Michael G. Abelow*

Michael G. Abelow (No. 26710)
Brettson J. Bauer (No. 39289)
SHERRARD ROE VOIGT & HARBISON, PLC
1600 West End Avenue, Suite 1750
Nashville, Tennessee 37203
Telephone: (615) 742-4532
mabelow@srvhlaw.com
bbauer@srvhlaw.com

- and -

Jennifer L. Johnson (No. 30779)
LONG, BURNETT & JOHNSON, PLLC
302 42nd Avenue North
Nashville, Tennessee 37209
Telephone: (615) 386-0075
jjohnson@tennessee-bankruptcy.com

*Attorneys for Robert Warren Beckham*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 3:24-BK-04885 |
| ROBERT WARREN BECKHAM, | ) | CHAPTER 13 |
| | ) | JUDGE KING |
| DEBTOR. | ) | |

## DEBTOR'S MOTION TO CONVERT TO CHAPTER 11

Pursuant to 11 U.S.C. § 1307(d), Debtor respectfully requests that this case be converted to one under Chapter 11.

Section 1307(d) provides that "at any time before the confirmation of a plan under section 1325 of this title, on request of a party in interest . . . and after notice and a hearing, the court may convert a case under this chapter to a case under chapter 11 . . . of this title."[1]

"Although caselaw on the subject is sparse, there are certain factors that courts have considered when evaluating conversions from Chapter 13 to Chapter 11. That list includes: willful failure of the debtor to abide by orders of the court, unreasonable delay by the debtor that is prejudicial to the creditors, inability to effectuate a plan, failure to timely file a plan, bad faith, and, in the case of debtors whose debts are primarily consumer debts, whether the granting of relief would be a substantial abuse."[2]

---

[1] 11 U.S.C. § 1307(d).
[2] *In re Keffer*, 628 B.R. 897, 901 (Bankr. S.D.W. Va. 2021) (internal citations and marks omitted).

Here, the factors all weigh in favor of conversion. Debtor has not violated any court orders. Debtor has not unreasonably delayed this bankruptcy, which was filed less than one month ago. Debtor has not filed a Chapter 13 plan and the deadlines for doing so have not run. Debtor has not engaged in any bad faith conduct, and conversion to Chapter 11 would not be a substantial abuse.

Debtor intends to promptly file full statements and schedules and a Chapter 11 Plan of Reorganization, including appropriate treatment for First National Bank of Middle Tennessee, Debtor's major unsecured creditor. Conversion to Chapter 11 would be in the best interest of Debtor and of all creditors, and the Court should exercise its discretion to permit an opportunity for a reorganization under Chapter 11.

Respectfully submitted:

*/s/ Michael G. Abelow*

Michael G. Abelow (No. 26710)
Brettson J. Bauer (No. 39289)
SHERRARD ROE VOIGT & HARBISON, PLC
1600 West End Avenue, Suite 1750
Nashville, Tennessee 37203
Telephone: (615) 742-4532
mabelow@srvhlaw.com
bbauer@srvhlaw.com

- and -

Jennifer L. Johnson (No. 30779)
LONG, BURNETT & JOHNSON, PLLC
302 42nd Avenue North
Nashville, Tennessee 37209
Telephone: (615) 386-0075
jjohnson@tennessee-bankruptcy.com
*Attorneys for Robert Warren Beckham*

## CERTIFICATE OF SERVICE

I certify that true and exact copies of the foregoing have been served via the Court's electronic filing system on January 14, 2025 on all filing users accepting electronic service.

*/s/ Michael G. Abelow*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 3:24-BK-04885 |
| ROBERT WARREN BECKHAM, | ) | CHAPTER 13 |
| | ) | JUDGE KING |
| DEBTOR. | ) | |

**ORDER GRANTING DEBTOR'S MOTION TO CONVERT TO CHAPTER 11**

This matter is before the Court on Debtor's Motion to Convert to Chapter 11. Pursuant to 11 U.S.C. § 1307(d), the case is converted to one under Chapter 11.

IT IS SO ORDERED.

THIS ORDER WAS SIGNED AND ENTERED
ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

SUBMITTED FOR ENTRY:

*/s/ Michael G. Abelow*
Michael G. Abelow (No. 26710)
Brettson J. Bauer (No. 39289)
SHERRARD ROE VOIGT & HARBISON, PLC
1600 West End Avenue, Suite 1750
Nashville, Tennessee 37203
Telephone: (615) 742-4532
mabelow@srvhlaw.com
bbauer@srvhlaw.com

- and -

Jennifer L. Johnson (No. 30779)
LONG, BURNETT & JOHNSON, PLLC
302 42nd Avenue North
Nashville, Tennessee 37209
Telephone: (615) 386-0075
jjohnson@tennessee-bankruptcy.com

*Attorneys for Robert Warren Beckham*