**Fill in this information to identify your case:**

Debtor 1 **Robert Warren Beckham**
First Name / Middle Name / Last Name

Debtor 2
(Spouse if, filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known) **3:24-bk-04885**

☐ Check if this is an amended filing

B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

**12/15**

**If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.**

**Part 1: List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.**

**Unsecured claim**

**1**

**American Express National Bank**
**Correspondence/Bankruptcy**
**PO Box 981535**
**El Paso, TX 79998**

Contact

Contact phone

**What is the nature of the claim?** **Credit Card** **$178,253.12**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)

Value of security: -
Unsecured claim

**2**

**Annandale Homeowners Association, Inc.**
**c/o Metropolitan Properties**
**4521 Trousdale Drive**
**Nashville, TN 37204**

Contact

**What is the nature of the claim?** **HOA Fees** **$4,000.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)

Value of security: -

Contact phone — Unsecured claim

---

**3** **Avanza Capital LLC**
**3974 Amboy Road, Suite 304**
**Staten Island, NY 10308**

**What is the nature of the claim?** **Unsecured** **$98,394.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

Contact

Contact phone

---

**4** **Bay Point Advisors LLC**
**3050 Peachtree Street**
**Suite 740**
**Atlanta, GA 30305**

**What is the nature of the claim?** **Loan on 495 Chloe Court, Brentwood, TN 37027, which Debtor sold in July 2024. Creditor is claiming a balance due for interest and penalties, which De** **$2,000,000.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

Contact

Contact phone

---

**5** **Bluevine Inc.**
**30 Montgomery Street, Suite 1400**
**Jersey City, NJ 07302**

**What is the nature of the claim?** **Credit Card** **$70,313.95**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

Contact

Contact phone

---

**6**

**What is the nature of the claim?** **Credit card** **$9,831.00**

**Capital One**
**Attn: Bankruptcy**
**Po Box 30285**
**Salt Lake City, UT 84130**

Contact

Contact phone

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

---

**7**

**Citibank**
**Citicorp Credit/Centralized**
**Bankruptcy**
**PO Box 790040**
**St Louis, MO 63179**

Contact

Contact phone

**What is the nature of the claim?** **Credit Card** **$5,815.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

---

**8**

**Citibank**
**Citicorp Credit/Centralized**
**Bankruptcy**
**PO Box 790040**
**St Louis, MO 63179**

Contact

Contact phone

**What is the nature of the claim?** **Credit Card** **$2,930.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

---

**9**

**Citibank**
**Citicorp Credit/Centralized**
**Bankruptcy**
**PO Box 790040**
**St Louis, MO 63179**

Contact

**What is the nature of the claim?** **Credit Card** **$65,398.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)

Contact phone

Value of security: -

Unsecured claim

---

**10**

**City National Bank**
**555 S. Flower St. 16th Fl**
**Los Angeles, CA 90071**

Contact

Contact phone

**What is the nature of the claim?** **$500k Loan Principal, accrued interest, late charges, and fees as of 01/10/25 & Guaranty** **$337,227.37**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

- ☐ No
- ■ Yes. Total claim (secured and unsecured) **$337,227.37**

Value of security: - **$0.00**

Unsecured claim **$337,227.37**

---

**11**

**City National Bank**
**555 S. Flower St. 16th Fl**
**Los Angeles, CA 90071**

Contact

Contact phone

**What is the nature of the claim?** **$400k Credit Card & Business Line & Debtor's personal guaranty of AMG Management's debt with #4159 (sub #4167 & 4384)** **$56,310.98**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)

Value of security: -

Unsecured claim

---

**12**

**City National Bank**
**555 S. Flower St. 16th Fl**
**Los Angeles, CA 90071**

**What is the nature of the claim?** **$100k Loan Principal, accrued interest, late charges, and fees as of 01/08/25 and $10k Credit Card - Debtor's personal guaranty of AMG Records's Credi** **$11,534.57**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

Contact
Contact phone

---

**13**

**Dave L. Longwill**
**1310 Clinton Street, #204**
**Nashville, TN 37203**

**What is the nature of the claim?** **Personal Loan to Pay Debtor's Bankruptcy Counsel's Retainer** **$25,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

Contact
Contact phone

---

**14**

**Herbert Graham**
**1222 N Grant Ave**
**Odessa, TX 79761**

**What is the nature of the claim?** **Personal Loan** **$1,300,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

Contact
Contact phone

---

**15**

**Long, Burnett, and Johnson, PLLC**
**c/o Jennifer L. Johnson, Esq.**
**302 42nd Ave. N**
**Nashville, TN 37209**

**What is the nature of the claim?** **Remainder of Ch 13 Bankrupty Counsel's Fees Owed** **$3,700.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

Contact
Contact phone

**16**

**Melissa D. Medvid**
**1004 Heights Boulevard**
**Brentwood, TN 37027**

Contact

Contact phone

**What is the nature of the claim?** **Alimony from Divorce Proceedings** **$2,000,000.00**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

**17**

**Mercedes-Benz Vehicle Trust**
**c/o BK Servicing, LLC**
**PO Box 131265**
**Roseville, MN 55113-0011**

Contact

Contact phone

**What is the nature of the claim?** **Motor Vehicle Lease for 2023 Mercedes-Benz G-Wagon** **$93,159.14**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

**18**

**Seamless Capital Group LLC**
**2329 Nostrand Avenue**
**Brooklyn, NY 11210**

Contact

Contact phone

**What is the nature of the claim?** **Default Judgment entered 2/1/2024 in Lawsuit filed on 12/7/2023 in Supreme Court of the State of New York, County of Ontario, No. 137657-1012; Nature** **$38,360.36**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

**19**

**Summit B2B Services Inc.**
**27 Williams Street, Suite 1606**
**New York, NY 10005**

Contact

Contact phone

**What is the nature of the claim?** **Possible Lawsuit Default Judgment** **$122,021.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

**20**

**Williamson County Trustee**
**1320 W Main St #203**
**Franklin, TN 37064**

Contact

Contact phone

**What is the nature of the claim?** **Property Taxes** **$13,047.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

Part 2: **Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X **/s/ Robert Warren Beckham**
**Robert Warren Beckham**
Signature of Debtor 1

X
Signature of Debtor 2

Date **January 31, 2025**

Date