**SO ORDERED.**
**SIGNED 5th day of February, 2025**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

**Nancy B. King**
**U.S. Bankruptcy Judge**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 3:24-BK-04885 |
| ROBERT WARREN BECKHAM, | ) | CHAPTER 13 |
| | ) | JUDGE KING |
| DEBTOR. | ) | |

**ORDER GRANTING DEBTOR'S MOTION TO EMPLOY**
**SHERRARD ROE VOIGT & HARBISON, PLC AS DEBTOR'S COUNSEL**

This matter is before the Court on Debtor's Motion to Employ Sherrard Roe Voigt & Harbison, PLC (the "Motion") as Counsel[1]. It appearing that approval of employment on the terms and conditions descried in the Motion is appropriate, and it further appearing that notice of the Motion was properly given pursuant to this Court's local rules and that no objections were filed,

[1] DE #25.

IT IS THEREFORE ORDERED that the Motion is approved on the terms and conditions described in the Motion, and Sherrard Roe Voigt & Harbison, PLC is approved and authorized as counsel for Debtor effective as of January 14, 2025.

IT IS SO ORDERED.

THIS ORDER WAS SIGNED AND ENTERED
ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

SUBMITTED FOR ENTRY:

*/s/ Michael G. Abelow*
Michael G. Abelow (No. 26710)
Brettson J. Bauer (No. 39289)
SHERRARD ROE VOIGT & HARBISON, PLC
1600 West End Avenue, Suite 1750
Nashville, Tennessee 37203
Telephone: (615) 742-4532
mabelow@srvhlaw.com
bbauer@srvhlaw.com

- and -

Jennifer L. Johnson (No. 30779)
LONG, BURNETT & JOHNSON, PLLC
302 42nd Avenue North
Nashville, Tennessee 37209
Telephone: (615) 386-0075
jjohnson@tennessee-bankruptcy.com

*Attorneys for Robert Warren Beckham*

## CERTIFICATE OF SERVICE

I certify that true and exact copies of the foregoing have been served via the Court's electronic filing system on February 5, 2025 on all filing users accepting electronic service.

*/s/ Michael G. Abelow*