**SO ORDERED.**
**SIGNED 22nd day of July, 2026**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

**Nancy B. King**
**U.S. Bankruptcy Judge**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 3:24-BK-04885 |
| ROBERT WARREN BECKHAM, | ) | CHAPTER 11 |
| | ) | JUDGE NANCY B. KING |
| DEBTOR. | ) | |

**ORDER GRANTING SHERRARD ROE VOIGT & HARBISON, PLC'S FIFTH APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

This matter is before the Court upon *Sherrard Roe Voigt & Harbison, PLC's Fifth Application for Allowance of Compensation and Reimbursement of Expense*s (the "Application")[1] for legal services rendered on behalf of Debtor Robert Warren Beckham and for expenses necessarily incurred in connection therewith for the period of October 1, 2025 through May 31, 2026.

It appearing to the Court that notice was properly given pursuant to this Court's local rules and that no objections were filed,

[1] (DE # 174).

IT IS THEREFORE ORDERED that the Application is approved in its entirety and Sherrard Roe Voigt & Harbison, PLC is allowed fees of $12,238.00 and expenses of $35.25, for total compensation of $12,273.25.

IT IS FURTHER ORDERED that Debtor shall pay Sherrard Roe Voigt & Harbison, PLC total compensation of $12,273.25.

IT IS SO ORDERED.

THIS ORDER WAS SIGNED AND ENTERED
ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

SUBMITTED FOR ENTRY:

*<u>/s/ Michael G. Abelow</u>*
Michael G. Abelow (No. 26710)
Brettson J. Bauer (No. 39289)
Sherrard Roe Voigt & Harbison, PLC
1600 West End Avenue, Suite 1750
Nashville, Tennessee 37203
Telephone: (615) 742-4532
mabelow@srvhlaw.com
bbauer@srvhlaw.com
*Attorneys for Robert Warren Beckham*